UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN THE MATTER OF A GRAND JURY SUBPOENA REGARDING INFORMATION IN THE CUSTODY AND CONTROL OF GOOGLE LLC.: <br><br> JAYBIRDLIVE88@GMAIL.COM <br><br> HEREINAFTER, SUBPOENA | **Filed Under Seal** <br><br> Case No.: 1:21-mj-011 |

## GOVERNMENT'S MOTION TO SEAL SUBPOENA AND ALL RELATED PAPERS

COMES NOW, the United States of America, by and through David H. Estes, Acting United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and moves the Court to **SEAL** the subpoena, this Motion, and all other related papers in the above-captioned case, showing the Court as follows:

1) On or about this date, a subpoena as captioned above was issued.

2) Publication of the subpoena and related papers could compromise this on-going investigation.

Respectfully submitted this 10th day of March 2021.

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

*/s/ Tara M. Lyons*

Tara M. Lyons
Assistant United States Attorney
SC Bar No.: 16573
United States Attorney's Office
Southern District of Georgia